TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant U.S. Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

☒ FILED          ☐ LODGED

**May 15 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.   CR-26-00501-PHX-SMB (JZB) |
| Plaintiff, | |
| v. | **INFORMATION** |
| Alejandro Montemayor, | VIO:   18 U.S.C. §§ 924(a)(1)(A) & 2 |
| Defendant. | (False Statement During the Purchase of a Firearm, Aiding and Abetting) Count 1 |
| | 31 U.S.C. §§ 5331 and 5322(b) |
| | (Failure to File a Report Related to Currency) Count 2 |

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES**:

## COUNT 1

On or about May 22, 2024, in the District of Arizona, Defendant ALEJANDRO MONTEMAYOR knowingly and intentionally aided and abetted another person or persons to make a false statement and representation in connection with the acquisition of firearms to AV AZ Firearms, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that the other person or persons executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms

- 12 -

and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearms, whereas in truth and fact, Defendant ALEJANDRO MONTEMAYOR and the other person or persons knew that the other person or persons was buying the firearm(s) on behalf of a different person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT 2

On or about February 23, 2024, in the District of Arizona, Defendant ALEJANDRO MONTEMAYOR engaged in business and, in the course of such trade and business, Defendant ALEJANDRO MONTEMAYOR received more than $10,000 in coins or currency and willfully failed to file a report with respect to such transaction with the Financial Crimes Enforcement Network.

In violation of Title 31, United States Code, Sections 5331 and 5322(b).

Dated this ____10th____ day of __April_____, 20__26__.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney

- 13 -